UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
..................................................
UNITED STATES OF AMERICA,　　　　　　　　　　　JUDGMENT INCLUDING
　　　　　　　　　　　　　　　　　　　　　　　　SENTENCE

　　　　VS.　　　　　　　　　　　　　　　　　　NO.: CR 04-946 (JG)
　　　　　　　　　　　　　　　　　　　　　　　　USM # 71215-053

SAUL CARTAGENA
..................................................

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. ★ JUN 3 2005 ★ P.M. TIME A.M.

| Winston Y. Chan | Anthony Mancuso | Jan A. Rostal, Esq. |
|---|---|---|
| Assistant United States Attorney | Court Reporter | Defendant's Attorney |

The defendant **Saul Cartagena** having pled guilty to single count information accordingly, the defendant is ADJUDGED guilty of such Count(s), which involve the following offenses:

**TITLE AND SECTION**　　**NATURE AND OFFENSE**　　　　　　　　　　**COUNT NUMBERS**

18USC2114(a)　　ROBBERY OF A UNITED STATES POSTAL EMPLOYEE BY　　ONE
　　　　　　　　USE OF A DANGEROUS WEAPON

　　　　The defendant is sentenced as provided in pages 2 through 3 of the Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1988.
　X　　The defendant is advised of his/her right to appeal within ten (10) days.
　___　The defendant has been found not guilty on count(s) and discharged as to such count(s)
　___　**Open counts are dismissed on the motion of the United States.**
　___　The mandatory special assessment is included in the portion of Judgment that imposes a fine.
　___　**It is ordered that the defendant shall pay to the United States a special assessment of $100.00 which shall be due immediately.**

　　　　It is further **ORDERED** that the defendant shall notify the United States Attorney for this District within 30 days of any change of residence or mailing address until all fines, restitution, costs and special assessments imposed by this Judgment are fully paid.

　　　　　　　　　　　　　　　　　　　　　　5-20-05
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Date of Imposition of sentence

　　　　　　　　　　　　　　　　　　　　　　s/John Gleeson
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　JOHN GLEESON, U.S.D.J.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　5-31-05
　　　　　　　　　　　　　　　　　　　　　　Date of signature
　　　　　　　　　　　　　　　　　　　　　　A TRUE COPY ATTEST
　　　　　　　　　　　　　　　　　　　　　　DEPUTY CLERK

## PROBATION

The defendant is hereby placed on probation for a term of ___FIVE (5) YEARS___

The defendant shall not commit another Federal, State or Local crime.

The defendant shall not unlawfully possess a controlled substance.

For offenses committed on or after September 13, 1998:

    The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as directed by the probation officer.

___ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse.

___ The defendant shall not possess a firearm as defined in 18 U.S.C. Sect. 921.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution in accordance with the schedule of payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth in the "Standard Conditions of Supervision" sheet.

The defendant shall comply with the following additional conditions

    THE DEFENDANT IS TO SERVE 500 HOURS OF COMMUNITY SERVICE; RECEIVE SUBSTANCE ABUSE AND MENTAL HEALTH TREATMENT; PARTICIPATE IN FULL TIME EDUCATIONAL OR VOCATIONAL TRAINING, OBTAIN FULL-TIME EMPLOYMENT, OR A COMBINATION OF PART-TIME

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on probation or supervised release pursuant to this Judgment:

1) The defendant shall not leave the judicial district without the permission of the court or probation officer;

2) The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

8) The defendant shall support his or her dependents and meet other family responsibilities;

5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons:

6) The defendant shall notify the probation officer within 10 days prior to any change in residence or employment;

7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a Physician;

8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;

12) The defendant shall not enter into any agreement to act as an informer or special agent of a law enforcement agency without the permission of the court;

13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.